IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 3:15-cr-136-JAG

ERIK PITTMAN et al,

        Defendants.

## ORDER

This comes before the Court on its own initiative. As Pittman no longer needs to travel for his arraignment, the Court withdraws its previous order directing the US Marshals Service to provide transportation from Memphis. (Dk. No. 53.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: December 23, 2015
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge