IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA,

v.                                            Docket No.: 0422 3:15CR00136-003

COREY TAYLOR,                                        Defendant.

## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Corey Taylor ("Taylor"), by counsel, and Moves the Court to continue his sentencing currently scheduled for January 11, 2016 at 10:00 a.m. as he and his counsel would like additional time. Counsel for Taylor has spoken to the Assistant United States Attorney handling this case and he has no objection to the continuance.

WHEREFORE your Defendant, Corey Taylor, by counsel, Moves the Court to continue his sentencing hearing.

                                                             Respectfully Submitted,
                                                             COREY TAYLOR


                                                             By:_____/s/_____
                                                                  Of Counsel

/s/
Taylor B. Stone
VSB #: 47447
Attorney for Corey Taylor
Janus & Stone, P.C.
5608 Grove Avenue
Richmond, VA 23226
(804) 643-1400
(804) 643-1466 (fax)
tstone@jslawpc.com

CERTIFICATE

    I hereby certify that on the 30th day of December 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will sent notification of such filing (NEF) to the following:

Stephen W. Miller, Esquire
Assistant United States Attorney
Richmond, VA 23219
Stephen.Miller@usdoj.gov

                                          _____/s/_____
                                          Taylor B. Stone
                                          VSB #: 47447
                                          Attorney for Corey Taylor
                                          Janus & Stone, P.C.
                                          5608 Grove Avenue
                                          Richmond, VA 23226
                                          (804) 643-1400
                                          (804) 643-1466 (fax)
                                          tstone@jslawpc.com