IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

v.                                    Criminal Action No. 3:15-cr-136-003-JAG

COREY TAYLOR,
                      Defendant.

## ORDER

This matter is before the Court on the defendant's unopposed motion to continue sentencing.  (Dk. No. 57.)  The Court GRANTS this motion.  Taylor's sentencing will be held after the trial for the other two defendants in this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date:   December 30, 2015
        Richmond,

                            /s/
                            John A. Gibney, Jr.
                            United States District Judge