IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.   Case No. 3:15-cr-136-JAG

JEREMY BLANCHARD,

            Defendant.

## ORDER

This comes before the Court on its own initiative. This Court finds that the defendant is financially unable to provide the necessary transportation to travel to Richmond, Virginia, to meet with his counsel. Accordingly, the Court GRANTS the motion for payment of necessary transportation expenses. The defendant should arrive in Richmond on January 14, 2016, and return to Memphis on January 15, 2016.

The Court DIRECTS the U.S. Marshals Service to provide, at its discretion, noncustodial transportation or the necessary fare for such transportation to Blanchard to permit his travel from Memphis, Tennessee to Richmond, Virginia, and back to Memphis. The U.S. Marshals Service shall also provide an amount of money for subsistence expenses, not to exceed the amount authorized as a *per diem* for travel, during his travel and one night stay in Richmond, Virginia and subsistence for housing for one night in Richmond.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: January 5, 2016
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge